**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:                                                                 Case No. 6:18-bk-04871-KSJ
                                                                        Chapter 13
**WYNN, KAREN R.**
_____Debtor_____/

**OBJECTION TO CLAIM #4-1**
**AS FILED BY NATIONSTAR MORTGAGE LLC, D/B/A MR. COOPER #0001**

> **NOTICE OF OPPORTUNITY TO**
> **OBJECT AND FOR HEARING**
>
> Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 30 days from the date set forth on the attached proof of service plus an additional three days for service if any party was served by U.S. Mail.
>
> If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at United States Bankruptcy Court, George C. Young Federal Building, Attn: Clerk of Court at 400 W. Washington Street, Suite 5100, Orlando, FL 32801; and serve a copy on the Debtor's attorney, Samuel R. Pennington, 303 N. Texas Ave., Tavares, FL 32778, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.
>
> If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

COMES NOW Debtor, KAREN R. WYNN, by and through the undersigned counsel, and files this Objection to the Claim #4-1 of Creditor, Nationstar Mortgage, LLC, d/b/a Mr. Cooper #0001 (hereafter "Creditor") and the Debtor states as follows:

1. On October 19, 2018, the Creditor filed a secured claim #4-1 in the amount of $239,876.85 in the Debtor's case.

2. The Claim #4-1 does not belong to the Debtor.

3. Debtors object to Claim #4-1 as filed by the Creditor as it is not a debt of the Debtor.

WHEREFORE, Debtor, by and through the undersigned counsel, request an order sustaining this objection and disallowing Claim #4-1 of Creditor, Nationstar Mortgage, LLC, d/b/a Mr. Cooper #0001 as the debt does not belong to the Debtor and grant any further relief this Courts appropriate.

        Respectfully submitted,

        /s/SAMUEL R. PENNINGTON
        Samuel R. Pennington
        FBN:  0779326
        Pennington Law Firm, PA
        303 N. Texas Avenue
        Tavares, FL  32778
        Telephone: (352)508-8277
        Attorneys for Debtor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to Laurie K. Weatherford, Chapter 13 Trustee and by U.S. First Class Mail, postage prepaid, to Nationstar Mortgage LLC, d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9741; Nationstar Mortgage LLC, d/b/a Mr. Coooper, c/o McCalla Raymer Leibert Pierce, LLC, Attn:  Austin Noel, 1544 Old Alabama Road, Roswell, GA 30076; Nationstar Mortgage, LLC, c/o McCalla Raymer Leibert Pierce, LLC, 110 S.E. 6th Street, Suite 2400, Ft. Lauderdale, FL 33301; Debtor, 1663 Brewton Circle, Deltona, FL 32738 on this 28th Day of August 2019.

        /s/SAMUEL R. PENNINGTON
        Samuel R. Pennington
        Pennington Law Firm, PA